1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Albert Dytch

**GRANTED.** *[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, signed Judge Thomas S. Hixson]*

**GRANTED. The Clerk shall close the file.**
**Dated: 5/15/2019**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. 3:18-cv-05774-TSH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | |
| ADEENA & ESA, LLC dba THE GRAND TAVERN; ZELIANG ZHOU, Trustee of the ZHOU TRUST dated March 17, 2017; JIEYU CAI, Trustee of the ZHOU TRUST dated March 17, 2017, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Albert Dytch and Defendants, Adeena & Esa, LLC dba The Grand Tavern; Zeliang Zhou, Trustee of the Zhou Trust dated March 17, 2017; and Jieyu Cai, Trustee of the Zhou Trust dated March 17, 2017, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: May 10, 2019         MOORE LAW FIRM, P.C.

                            _/s/ Tanya E. Moore_
                            Tanya E. Moore
                            Attorney for Plaintiff,
                            Albert Dytch

Dated: May 10, 2019         THE CIERNY FIRM

                            _/s/ Alec Cierny_
                            Alec Cierny
                            Attorneys for Defendants,
                            Adeena & Esa, LLC dba The Grand Tavern; Zeliang Zhou, Trustee of the Zhou Trust dated March 17, 2017; and Jieyu Cai, Trustee of the Zhou Trust dated March 17, 2017

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                            _/s/ Tanya E. Moore_
                            Tanya E. Moore
                            Attorney for Plaintiff,
                            Albert Dytch